IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| CHARLES W. BARRETT, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 8:09-cv-936-JSM-MAP |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

<u>Declaration of Amanda R. Norris</u>

1. My name is Amanda R. Norris.  I am a trial attorney in the Department of Justice, Tax Division, Civil Trial Section – Southern.  I have been assigned litigation responsibility in the above-captioned matter.

2. Upon receipt of the complaint in the above-referenced matter, I contacted the Internal Revenue Service ("Service") Associate Area Counsel for this geographic region and requested that the Service send me administrative materials relevant to the claims made in the complaint.

3. The Service sent me literal transcripts of account for Plaintiff Charles W. Barrett, Jr. with respect to each of the tax years at issue in the complaint.  These transcripts are created and maintained in the ordinary course of the Service's business.  Attached as Exhibit 1 to this declaration is a true and correct copy of the transcript of account for the 2005 tax year as sent to me by the Service (with the social security numbers of Plaintiff and Plaintiff's wife redacted).

Under penalty of perjury, I declare that the foregoing statements are true and correct.

Executed on August 10, 2009.                    /s/ Amanda R. Norris_____
                                                Amanda R. Norris