

```
PAGE NO-0001                                              IRS EMPLOYEE 6913750312
DATE REQUESTED 06-15-2009                                    PRINT DATE 06-15-2009
FORM NUMBER: 1040                                            TAX PERIOD: DEC  2005
                 TAXPAYER IDENTIFICATION NUMBER:
          ** SPOUSE TAXPAYER IDENTIFICATION NUMBER:

          CHARLES W JR BARRETT

                                                  -         BODC-WI BODCLC-

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

       ACCOUNT BALANCE:         38,004.11
       ACCRUED INTEREST:         2,783.41    AS OF 06-22-2009
       ACCRUED PENALTY:          3,738.15    AS OF 06-22-2009

       ACCOUNT BALANCE
          PLUS ACCRUALS:        44,525.67


** EXEMPTIONS: 02                         **FILING STATUS: MARRIED FILING SEPARATE
** ADJUSTED GROSS INCOME:      113,357.00
** TAXABLE INCOME:             102,469.00
   TAX PER RETURN:               2,886.00

** PER RETURN OR AS ADJUSTED

04-15-2006 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
04-24-2006 PROCESSING DATE
                                     TRANSACTIONS
                                                              MONEY AMOUNT
CODE              EXPLANATION                    DATE         (IF APPLICABLE)
 150  RETURN FILED AND TAX ASSESSED           04-24-2006           3,044.00
      07221-085-40848-6
 806  CREDIT FROM WITHHELD TAXES              04-15-2006          12,566.98-
 826  OVERPAYMENT CREDIT TRANSFERRED          04-15-2006           4,624.26
      1040       200012
 826  OVERPAYMENT CREDIT TRANSFERRED          04-15-2006           3,866.13
      1040       200112
 846  REFUND                                  04-24-2006           1,032.59
 240  MISCELLANEOUS PENALTY                   02-25-2008           5,425.00
      07254-436-65559-8   20080708
      IRC 6662(e) ACCURACY PENALTY
 807  WITHHOLDING CREDIT REVERSED             04-15-2006           6,060.00
 290  ADDITIONAL TAX ASSESSED                 02-25-2008          21,067.00
      07254-436-65559-8   20080708
 196  INTEREST ASSESSED                       02-25-2008           5,099.89
      20080708
 276  FAILURE TO PAY TAX PENALTY              02-25-2008             352.22
      20080708
 582  FEDERAL TAX LIEN                        09-19-2008
 971  INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  11-26-2008

*********************************CONTINUED ON NEXT PAGE*****************************
```

```
PAGE NO-0002                                    IRS EMPLOYEE 6913750312
    LEVY NOTICE ISSUED
971 INTENT TO LEVY COLLECTION DUE PROCESS NOTICE  12-03-2008
    RETURN RECEIPT SIGNED
```