IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| CHARLES W. BARRETT, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 8:09-cv-936-JSM-MAP |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF DISPUTED (AND UNDISPUTED) FACTS
IN SUPPORT OF OPPOSITION BY UNITED STATES TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1(A), the United States submits the following statement of material facts as put forth by Plaintiff in Plaintiff's Concise Statement of Material Facts as to Which Plaintiff Contends There Exists No Genuine Issue ("Plaintiff's Statement of Facts"), as to which the United States contends there exists a genuine issue:

1.  The United States does not dispute that during the years 2003 through 2007 Plaintiff worked for BAE Systems ("BAE") as a project program manager.

2.  The United States does not dispute that BAE is not owned or operated on behalf of the United States. The United States contends, however, that this fact is immaterial to the issues presented in this proceeding.

3.  The United States does not dispute that BAE reported Plaintiff's pay as wages on a Form W-2 for the years 2003 through 2007.

4. The United States does not dispute that the wages reflected in the Form W-2 submitted by Plaintiff's employer, BAE, form the basis of his income tax liabilities for the years 2003 through 2007.

5. The United States does not dispute that Plaintiff submitted documents which purported to be claims for refund for the years 2003 through 2007 and attached Forms 4852 (Substitute for Form W-2) which asserted that none of Plaintiff's wages from BAE were taxable.

6. The United States does not dispute that Plaintiff's Forms 4852 dispute the forms W-2 BAE filed with the Internal Revenue Service; however, that fact is immaterial to the issues in this case.

7. The United States disputes that Plaintiff's Form 1040 for the year 2003 was filed on March 22, 2006. As the transcript of account for the 2003 tax year shows, Plaintiff's Form 1040 was filed on May 8, 2006. See Exhibit 1 to Declaration of Amanda R. Norris.

8. The United States disputes that Plaintiff's Form 1040 for the year 2005 was filed on March 22, 2006. As the transcript of account for the 2005 tax year shows, Plaintiff's Form 1040 was filed on April 24, 2006. See Exhibit 2 to Declaration of Amanda R. Norris.

9. The United States disputes that Plaintiff's Form 1040 for the year 2006 was filed on February 28, 2007. As the transcript of account for the 2006 tax year shows, Plaintiff's Form 1040 was filed on Apri. 23, 2007. See Exhibit 3 to Declaration of Amanda R. Norris.

10. The United States disputes that Plaintiff's Form 1040 for the year 2007 was filed on April 15, 2008. As the transcript of account for the 2007 tax year shows, Plaintiff's Form 1040 was filed on May 19, 2008. See Exhibit 4 to Declaration of Amanda R. Norris.

11. The United States does not dispute that the IRS issued a partial refund to Plaintiff for the year 2003. That amount represents the amount withheld from Plaintiff's wages that exceeded the tax liability determined to be due based on the information contained on his return. See Exhibit 1 to Declaration of Amanda R. Norris.

12. The United States does not dispute that the Form 1040 that Plaintiff filed for the 2003 tax year purports to claim entitlement to a refund in the amount of $10,296.12, but disputes Plaintiff's entitlement to the requested refund. As explained in the Untied States' motion to dismiss and memorandum of law in opposition to Plaintiff's motion for summary judgment, Plaintiff's refund claim is based upon the frivolous argument that his pay is not wages. Consequently, there is no overpayment for that year.

13. The United States does not dispute that the IRS issued a partial refund to Plaintiff for the year 2005. That amount represents the amount withheld from Plaintiff's wages that exceeded the tax liability determined to be due based on the information contained on his return. See Exhibit 2 to Declaration of Amanda R. Norris.

14. The United States does not dispute that the Form 1040 that Plaintiff filed for the 2005 tax year purports to claim entitlement to a refund in the amount of $9,680.98, but disputes Plaintiff's entitlement to the requested refund. As explained in the Untied States' motion to dismiss and memorandum of law in opposition to Plaintiff's motion for

summary judgment, Plaintiff's refund claim is based upon the frivolous argument that his pay is not wages. Consequently, there is no overpayment for that year.

15. The United States does not dispute that the IRS issued no refund to Plaintiff for the years 2006 and 2007.

16. The United States does not dispute that the Form 1040 that Plaintiff filed for the 2006 tax year purports to claim entitlement to a refund in the amount of $11,908.00, but disputes Plaintiff's entitlement to the requested refund. As explained in the Untied States' motion to dismiss and memorandum of law in opposition to Plaintiff's motion for summary judgment, Plaintiff's refund claim is based upon the frivolous argument that his pay is not wages. Consequently, there is no overpayment for that year.

17. The United States does not dispute that the Form 1040 that Plaintiff filed for the 2007 tax year purports to claim entitlement to a refund in the amount of $7,530.00, but disputes Plaintiff's entitlement to the requested refund. As explained in the Untied States' motion to dismiss and memorandum of law in opposition to Plaintiff's motion for summary judgment, Plaintiff's refund claim is based upon the frivolous argument that his pay is not wages. Consequently, there is no overpayment for that year.

18. The United States does not dispute that more than six months has passed since Plaintiff filed the Forms 1040 upon which he relies in this proceeding.

        A. LEE BENTLEY,
        Acting United States Attorney

        /s/ Amanda R. Norris
        AMANDA R. NORRIS
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 14198
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-6472
        Facsimile: (202) 514-9868
        Email: amanda.r.norris@usdoj.gov

## CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that service of the foregoing STATEMENT OF DISPUTED (AND UNDISPUTED) FACTS IN SUPPORT OF OPPOSITION BY UNITED STATES TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 10th day of September, 2009:

      Charles W. Barrett, Jr.
      3967 Eagle Cove East Drive
      Palm Harbor, Florida 34685

      /s/ Amanda R. Norris
      AMANDA R. NORRIS
      Trial Attorney, Tax Division
      U.S. Department of Justice